IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAVIER VALDEZ,

       Plaintiff,

vs.                                                                   Civ. No. 14-0014 MCA/KBM

CAROLYN W. COLVIN,
Acting Commissioner of
the Social Security Administration,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS OF FACT AND RECOMMENDED DISPOSITION

      This case comes before the Court upon the Magistrate Judge's *Proposed Findings of Fact and Recommended Disposition*. [Doc. 30]  The Magistrate's *PFF&RD* addresses Plaintiff's *Motion for Attorney's Fees pursuant to the Equal Access to Justice Act* [Doc. 26].  The record reflects that more than fourteen days have elapsed since service of the *PFF&RD* upon Defendant and Defendant has not filed Objections to the *PFF&RD*.  By not filing timely and specific objections, Defendant has failed to preserve any issues for *de novo* review by this Court.  *United States v. Hobbs*, 73 F.3d 1057, 1060 (10th Cir. 1996).  Moreover, having reviewed the *PFF&RD*, the Court concludes that it is neither clearly erroneous nor contrary to law.

1

**WHEREFORE, IT HEREBY IS ORDERED** that the Magistrate Judge's *Proposed Findings of Fact and Recommended Disposition* [Doc. 30] are adopted as the decision of the Court, Plaintiff's *Motion for Attorney's Fees pursuant to the Equal Access to Justice Act* [Doc. 26] is **granted**, and Plaintiff is awarded $7,360.20 in attorney fees.

So ordered this 17th day of November, 2015.

_____
M. CHRISTINA ARMIJO
Chief United States District Judge